1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**
CLERK, U.S. DISTRICT COURT

JUL 9, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICTORIA'S SECRET STORES
BRAND MANAGEMENT, INC.,

         Plaintiff,

    v.

KC EXCLUSIVE, INC. D/B/A
ZENANA,

         Defendant.

Case No. 2:14-cv-02865-SVW-
AGRx

**[PROPOSED] CONSENT
JUDGMENT AND PERMANENT
INJUNCTION**

JS-6

1   WHEREAS, plaintiff Victoria's Secret Stores Brand Management, Inc.
2   ("Victoria's Secret") and defendant KC Exclusive, Inc. d/b/a Zenana ("Zenana")
3   have agreed to resolve this lawsuit by way of entry of the following Consent
4   Judgment and Permanent Injunction.
5   Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED
6   THAT:
7   1.   This is an action for: (1) federal trademark infringement, federal false
8   designation of origin, federal unfair competition, federal trademark dilution, and
9   federal trade dress infringement under the Lanham Act, as amended, 15 U.S.C. §§
10  1051, *et seq.*; (2) trademark dilution under California Business and Professions Code
11  § 14247; (4) statutory unfair competition under California Business and Professions
12  Code §§ 17200, *et seq.*; and (5) common law trademark infringement and unfair
13  competition.
14  2.   This Court has jurisdiction over all of the parties in this action and over
15  the subject matter in issue based on 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367(a),
16  as well as 15 U.S.C. § 1121(a).  This Court has continuing jurisdiction to enforce the
17  terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is
18  also proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c).
19  3.   Victoria's Secret is a corporation organized and existing under the laws
20  of the State of Delaware with its principal place of business at Three Limited
21  Parkway, Columbus, Ohio 43230.
22  4.   Zenana is a corporation organized and existing under the laws of the
23  State of California with its principal place of business at 1100 S. San Pedro St., #M-6
24  ~ M-13, Los Angeles, California 90015.
25  5.   Victoria's Secret is well-known throughout the United States and
26  beyond as a source of premium apparel, beauty and personal care products, and
27  related goods and services.  In connection therewith, and since at least as early as
28  2001, Victoria's Secret has used the VICTORIA'S SECRET PINK trademark, and

Victoria's Secret has established the PINK trademark as a premier brand that is well-recognized throughout United States and elsewhere.  Victoria's Secret has also used the "86" trademark in connection with apparel and related products and services since at least as early as 2005.

6.     Victoria's Secret's rights in and to the PINK and 86 trademarks are embodied, in part, in the following valid and enforceable United States Trademark Registrations:

| Registration No. | Mark | Registration Date | Class(es) |
|---|---|---|---|
| 2,820,380 | VICTORIA'S SECRET PINK | Mar. 2, 2004 | 25 |
| 2,992,758 | VICTORIA'S SECRET PINK | Sept. 6, 2005 | 25 |
| 3,226,760 | VICTORIA'S SECRET PINK | April 10, 2007 | 20, 24 |
| 3,234,287 | PINK DOG | April 24, 2007 | 25 |
| 3,386,282 | PHI BETA PINK | Feb. 19, 2008 | 24, 25 |
| 3,502,263 | VICTORIA'S SECRET PINK | Sept. 16, 2008 | 35 |
| 3,520,974 | VICTORIA'S SECRET PINK | Oct. 21, 2008 | 3 |
| 3,544,100 | DRENCHED IN PINK | Dec. 9, 2008 | 3 |
| 3,565,927 | PINK IS LIFE | Jan. 20, 2009 | 35 |
| 3,631,914 | SQUEAKY PINK | June 2, 2009 | 3 |
| 3,665,102 | PINK UNIVERSITY | Aug. 4, 2009 | 16, 18, 25 |
| 3,726,618 | PINK ME UP | Dec. 15, 2009 | 3 |
| 3,729,795 | PINK NATION | Dec. 22, 2009 | 35 |
| 3,750,738 | PINK U | Feb. 16, 2010 | 25 |
| 3,782,747 | LIVE PINK | April 27, 2010 | 3 |
| 3,805,362 | LOVE PINK VICTORIA'S SECRET | June 22, 2010 | 25 |

| Registration No. | Mark | Registration Date | Class(es) |
|---|---|---|---|
| 3,840,101 | PINK♥NATION | Aug. 31, 2010 | 35 |
| 3,853,421 | LIFE IS PINK | Sept. 28, 2010 | 3 |
| 3,883,774 | HOPE PINK | Nov. 30, 2010 | 3 |
| 3,940,420 | Word portion: 1986 PINK NATION VICTORIA'S SECRET | Apr. 5, 2011 | 35 |
| 3,992,764 | VICTORIA'S SECRET PINK | July 12, 2011 | 25 |
| 3,993,100 | I ONLY SLEEP IN PINK | July 12, 2011 | 25 |
| 4,010,593 | ALOHA PINK | Aug. 9, 2011 | 3 |
| 4,061,503 | HOT FOR PINK | Nov. 22, 2011 | 3 |
| 4,061,574 | MAKE ME PINK | Nov. 22, 2011 | 3 |
| 4,061,578 | FOREVER PINK | Nov. 22, 2011 | 3 |
| 4,097,199 | GIVE A LITTLE PINK | Feb. 7, 2012 | 3 |
| 4,097,220 | MERRY MERRY PINK | Feb. 7, 2012 | 3 |
| 4,164,695 | OH WHAT FUN IS PINK | June 26, 2012 | 3 |
| 4,219,269 | PINK BEACH | Oct. 2, 2012 | 3 |
| 4,336,625 | LIFE IS PINK IS LIFE | May 21, 2013 | 35 |
| 3,490,221 | 86 | Aug. 19, 2008 | 25 |
| 3,684,473 | 86 | Sept. 15, 2009 | 20, 24 |

The foregoing trademarks, along with Victoria's Secret's PINK trademark, are referred to herein collectively as the "VS Trademarks."

7.     The VS Trademarks are distinctive and famous marks.

8.     Judgment, without any monetary damages including any potential damages associated with Zenana's past Use (as defined below in Paragraph 9) of any product bearing the Subject Mark at Issue which is attached herein as Exhibit "A", is hereby entered in favor of Victoria's Secret.

9.     Zenana, its officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of the foregoing, who receive actual notice of this Consent Judgment and Permanent Injunction, are hereby permanently enjoined from engaging in any of the following activities:

A.     manufacturing, advertising, distributing, marketing, promoting, offering for sale, and/or selling ("Use") any products bearing any of the VS Trademarks or confusing similar marks, unless such products are authorized by Victoria's Secret;

B.     using the VS Trademarks, and/or any other designation that is a colorable imitation of and/or is confusingly similar to the VS Trademarks, in connection with the manufacture, advertising, distribution, marketing, promotion, offering for sale, and/or sale of products neither originating from nor authorized by Victoria's Secret;

C.     making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, distributed or sold by Zenana are in any manner associated or sponsored by or connected with Victoria's Secret, or are sold, manufactured, licensed, sponsored, approved, or authorized by Victoria's Secret, or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or certification of such products;

D.     effecting assignments or transfers, forming new entities, or associations or utilizing any other device for the purpose of circumventing or

1  otherwise avoiding the prohibitions set forth in Subparagraphs (A) through

2  (C); and

3        E.    aiding, abetting, contributing to, or otherwise assisting anyone

4  with infringing or diluting the VS Trademarks.

5      10.    Service by mail upon Zenana, addressed to Zenana, 1100 S. San Pedro

6  St., #M-6 ~ M-13, Los Angeles, California 90015, of a copy of this Consent

7  Judgment and Permanent Injunction entered by the Court is deemed sufficient notice

8  under Federal Rule of Civil Procedure 65.  It shall not be necessary for Zenana to

9  sign any form of acknowledgement of service.

10      11.    The parties shall bear their own attorneys' fees and costs.

11

12  **IT IS SO ORDERED:**

13

14  Dated:      June _9_, 2014

15  By:_____

16  Hon. Stephen V. Wilson
United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

HUI-167929v2

CONSENT JUDGMENT AND PERMANENT INJUNC.
CASE NO. 2:14-CV-02865 SVW (AGRx)

1    Approved as to form and content:

2    Dated:      June 23, 2014        JONES DAY

3

4

5                                 By:/s/ Mark A. Finkelstein

                                     Mark Finkelstein

6                                 Attorneys for Plaintiff

7                                 VICTORIA'S SECRET STORES

                                BRAND MANAGEMENT, INC.

8

9    Dated:      June 18, 2014        LEE, HAN & PACIOCCO LLP

10

11                                By:/s/ Kenneth H. Han

12                                     Kenneth H. Han

13

                                Attorneys for Defendant

14                                 KC EXCLUSIVE, INC. D/B/A

                                ZENANA

15

16

17

18

19

20

21

22

23

24

25

26

27

28